UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  19-23828 |
| David Martin and Sandra Martin | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | Lake County |
| Debtor(s) | ) | |

## ORDER MODIFYING PLAN

This matter, coming to be heard on the Debtors' motion, this Court having jurisdiction and due notice being given all parties entitled thereto, this Court orders that the Debtor's motion is GRANTED, and so:

1. The Debtors' arrearage to the standing trustee is deferred.

2. The Debtors' plan payments are reduced to $500 a month for the months of July, 2020, through December, 2020; their plan payment returns to $1,700 a month with their payment due January, 2021.

3. The Debtors' plan payments may extend longer than 60 months.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  July 17, 2020

**Prepared by:**

Justin R. Storer (ARDC 6293889)
Lakelaw
53 W. Jackson, Suite 1115
Chicago, IL 60604